170 So. 924

**Henry WILLIAMS v. STATE.**

5 Div. 8.

Court of Appeals of Alabama.
Nov. 27, 1936.

SAMFORD, Judge.
Appeal dismissed.

174 So. 907

**M. L., alias Morris, WILLIAMS v. STATE.**

5 Div. 987.

Court of Appeals of Alabama.
April 20, 1937.

SAMFORD, Judge.
Appeal dismissed.

164 So. 927

**Robert WILLIAMS v. STATE.**

6 Div. 807.

Court of Appeals of Alabama.
Dec. 17, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

165 So. 924

**C. R. WILLIAMSON v. STATE.**

8 Div. 244.

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Affirmed.

173 So. 926

**Annie Will WILLIS v. STATE.**

4 Div. 305.

Court of Appeals of Alabama.
April 13, 1937.

BRICKEN, Presiding Judge.
Affirmed.

170 So. 926

**Bob WILLIS v. STATE.**

4 Div. 290.

Court of Appeals of Alabama.
Nov. 24, 1936.

BRICKEN, Presiding Judge.
Affirmed.

164 So. 927

**Booker WILSON v. STATE.**

8 Div. 179.

Court of Appeals of Alabama.
Dec. 3, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

164 So. 927

**John WILSON v. STATE.**

8 Div. 264.

Court of Appeals of Alabama.
Nov. 19, 1935.

BRICKEN, Presiding Judge.
Affirmed.